```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

TRU KIDS INC.,

                    Plaintiff,            MEMORANDUM & ORDER
                                          24-MC-4144 (EK)(JRC)
          -against-

HAMIM SYED,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated July 1, 2025. Docket Order dated July 1, 2025. Judge Cho recommends that the Court deny plaintiff's motion to compel the deposition of non-party Doreen Denise in a proceeding pending before the Trademark Trial and Appeal Board. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* State *Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, plaintiff's motion to depose Doreen Denise, ECF Nos. 1, 4, is denied. The

Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

                                                /s/ Eric Komitee  
                                                ERIC KOMITEE  
                                                United States District Judge

Dated:    July 30, 2025  
             Brooklyn, New York