```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 TRU KIDS INC.,

                    Plaintiff,             MEMORANDUM & ORDER
                                            24-MC-4144 (EK)(JRC)
        -against-

 HAMIM SYED,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated November 6, 2025. ECF No. 14. Judge Cho recommends that the Court deny defendant and non-party Doreen Denise's motion to quash a subpoena seeking Denise's deposition. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. The motion to quash the subpoena, ECF No. 8, is denied.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    December 8, 2025
           Brooklyn, New York